■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY A. FULFORD, Appellant. [684 NYS2d 798] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Vaughn, J.), rendered February 21, 1997, convicting him of attempted criminal sale of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Santucci, Krausman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENNY GIBBS, Appellant. [684 NYS2d 797] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered September 11, 1997, convicting him of robbery in the first degree (two counts), robbery in the second degree, criminal possession of a weapon in the second degree, criminal possession of a weapon in the third degree (two counts), criminal possession of stolen property in the third degree, grand larceny in the third degree, grand larceny in the fourth degree, and criminal possession of stolen property in the fourth degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing (Appelman, J.), of that branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Contrary to the defendant's assertions on appeal, the hearing court properly determined that, on the totality of the circumstances, the police had reasonable suspicion to stop and detain the defendant pending a showup identification (*see, People v Hicks,* 68 NY2d 234; *People v Brnja,* 50 NY2d 366). Thus, suppression was properly denied.

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Miller, J. P., Ritter, Florio and Luciano, JJ., concur.